Henry Harmeling IV, State Bar No. 207673
LAW OFFICES OF HENRY HARMELING IV, APC
550 W. C St., Suite 2000
San Diego, California 92101
EMAIL: hh@hh4law.com
TEL: (619) 814-3505
FAX: (858) 408-2405

Attorneys for Plaintiffs ROBERT K. VICINO and FRACTIONAL VILLAS, INC.

FILED
07 NOV 15 PM 2: 43
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT K. VICINO, an individual; and FRACTIONAL VILLAS, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>LUXURY AT A FRACTION, an unknown entity; TROOP REAL ESTATE, INC., a California corporation; and DOES 1-25,<br><br>Defendants. | Case Number:<br>Dept. **07CV 2185 W CAB**<br>Judge:<br><br>**COMPLAINT FOR MONETARY DAMAGES AND INJUNCTIVE RELIEF FOR:**<br>1. INFRINGEMENT OF UNITED STATES COPYRIGHT REGISTRATION NO. TX-6-613-055;<br>2. FEDERAL UNFAIR COMPETITION VIOLATIONS;<br>3. CALIFORNIA STATE UNFAIR COMPETITION VIOLATIONS<br><br>**DEMAND FOR TRIAL BY JURY** |

Plaintiffs ROBERT K. VICINO and FRACTIONAL VILLAS, INC. (collectively "Plaintiffs") allege as follows:

## PARTIES

1. Plaintiff ROBERT K. VICINO ("Vicino") is, and at all relevant times was, an individual residing in Del Mar, California.

2. Plaintiff FRACTIONAL VILLAS, INC. ("FVI") is, and at all relevant times was, a corporation organized and existing under the laws of California and has its principal place of business in Del Mar, California.

///

3. On information and belief, Defendant LUXURY AT A FRACTION ("LAAF") is a business entity of unknown form and has its principal place of business at 3200 Los Angeles Ave. in Simi Valley, California. Upon information and belief, Plaintiffs allege LAAF is doing business throughout California including, but not limited to, the Southern District of California.

4. On information and belief, Defendant TROOP REAL ESTATE, INC. ("Troop") is a corporation organized and existing under the laws of California and has its principal place of business at at 3200 Los Angeles Ave. in Simi Valley, California. Upon information and belief, Plaintiffs allege Troop is doing business in several districts throughout California including, but not limited to, the Southern District of California.

5. Plaintiffs are informed and believe and thereon allege that at all times relevant hereto each of the Defendants was the agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of the remaining Defendants and was at all times acting within the scope of such agency, affiliation, alter-ego relationship, and/or employment. Plaintiffs are informed and believe and thereon allege that at all relevant times each of the Defendants actively participated in or subsequently ratified or adopted, or both, each and all of the acts or conduct alleged, with full knowledge of all the facts and circumstances including, but not limited to, full knowledge of each and all of the violations of Plaintiffs' rights and the damages to Plaintiffs caused thereby.

## JURISDICTION

6. This action arises under the copyright laws of the United States, 17 U.S.C. §§ 101 et seq., and this Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338.

7. Personal jurisdiction over LAAF and Troop (collectively, "Defendants") is based on Defendants' transaction of business in this jurisdiction as recited herein and the Defendants' causing tortious injury in this jurisdiction as recited herein. Upon information and belief, Plaintiffs allege that Defendants are conducting commercial activities in numerous districts throughout the United States including, but not limited to, the Southern District of California. Upon information and belief, personal jurisdiction in this District is proper because the Defendants, willfully and without consent or permission of the copyright owner, disseminated over the Internet copyrighted works owned and/or controlled by Plaintiffs.

8. On information and belief, Defendants knew the Plaintiffs' principal place of business is in the Southern District of California. On information and belief, Defendants' illegal dissemination of Plaintiff's copyrighted work occurred in every jurisdiction in the United States, including this one.

## VENUE

9. Venue is proper in this court under 28 U.S.C. §§ 1391(b), 1391(c), and 1400(a) as Defendants have purposefully directed activities at this forum, including willfully infringing Plaintiff's copyright with knowledge that Plaintiff's principal place of business is in the forum. Moreover, pursuant to 28 U.S.C. § 1400(b), Defendants have done and continue to do business in this District, and the claims asserted herein arise in substantial part from events that took place and are taking place in this district. Defendants market, advertise, and sell fractional ownership of properties to consumers and businesses in the Southern District of California.

## ALLEGATIONS IN SUPPORT OF ALL CLAIMS

10. Vicino is the author of Copyright Registration No. TX-6-613-055, entitled "Fractional Villas.com website (www.fractionalvillas.com)" ("the Copyright"). (See Exhibit "A.") FVI is the Copyright Claimant. The Copyright was filed October 11, 2007, and the registration became effective the same date. The Copyright pertains to a web site offering fractional ownership in luxury properties. Both the web site content and source code are contained in the Copyright.

11. The works protected by Copyright Registration No. TX-6-613-055 are original works of authorship fixed in a tangible medium of expression that contain a substantial amount of material created by the skill, labor, and judgment of Vicino.

12. Plaintiffs Vicino and FVI have complied in all respects with the Copyright Laws of the United States and received from the Register of Copyrights the certificate of registration for Copyright No. TX-6-613-055.

13. The Copyright is licensed solely and exclusively by Vicino to FVI, which markets, advertises, and sells fractional ownership in luxury properties on www.fractionalvillas.com.

14. On information and belief, Defendants have claimed authorship of the copyrighted work on www.luxuryatafraction.com.

/ / /

15. Defendants have infringed Plaintiff's copyright registration of United States Copyright No. TX-6-613-055 by reproducing the work protected by the Copyright and incorporating that work, or significant portions thereof, into Defendants' Internet site and/or Internet sites under Defendants' dominion and control.

16. Defendants do not have permission or license from Plaintiff to use any portion of the Copyright protected by United States Copyright Registration No. TX-6-613-055.

17. Defendants have derived and are deriving economic benefit from the infringement of United States Copyright Registration No. TX-6-613-055, and Plaintiffs have been damaged and continue to be damaged by Defendants' infringement. Defendants' infringement of the Copyright has diverted potential customers away from FVI's Internet site. Defendants posted the copyrighted work on the web site www.luxuryatafraction.com to earn income from the sale of fractional ownership in luxury properties.

18. Defendants' infringement is exacerbated by the fact that the infringing article was indexed by major search engines Google and Yahoo, and broadcast worldwide in response to key word searches, and thus comes into direct competition with Vicino's original work for visitors and buyers. FVI's business and reputation were irreparably harmed by the confusion caused by the dual publication of the infringed material through web search engine results from Google, Yahoo, et al.

19. In or about August 2005, Plaintiffs first published the material that would become the basis for the Copyright. Between August 2005 and October 2007, Vicino modified the site content, however the vast majority of the Copyright has been on the site, with a © on each site page, since August 2005.

20. Defendants are Plaintiffs' competitors. Both Plaintiffs and Defendants compete for business in the fledgling marketing of fractional ownership in luxury properties. On information and belief, Troop owns, operates, or is otherwise affiliated with LAAF.

///
///
///
///

COMPLAINT FOR MONETARY DAMAGES AND INJUNCTIVE RELIEF

21. In or about mid-2007, Jeff McDermott, a sales representative for FVI in the greater Los Angeles area, met with LAAF at LAAF's offices. LAAF had FVI's web site printed out on the table of the conference room in which the parties met. Each of the printed pages contained the following statement on the page: "Copyright © All Rights Reserved Fractional Villas, Inc. 2005-2007." Around this time, Vicino and FVI discovered that a significant portion of the material on www.fractionalvillas.com had been copied and was being used on www.luxuryatafraction.com.

22. Defendants have infringed Plaintiffs' copyright registration of United States Copyright No. TX-6-613-055 by reproducing the work protected by the Copyright and incorporating that work, or portions thereof, into Defendants' web sites.

23. Defendants do not have permission or license from any or all of Plaintiffs to use any portion of the Copyright protected by United States Copyright Registration No. TX-6-613-055.

24. Defendants have derived and are deriving economic benefit from the infringement of United States Copyright Registration No. TX-6-613-055, and Plaintiffs, and each of them, have been damaged and continue to be damaged by Defendants' infringement.

25. Plaintiffs allege that Defendants are aware their web site infringes the Copyright. Nevertheless, Defendants have blatantly usurped not only Plaintiffs' concept, but have also chosen to simply take the content off of FVI's web site and to claim it as their own.

## FIRST CAUSE OF ACTION: INFRINGEMENT OF U.S. COPYRIGHT NO. TX-6-613-055 AS AGAINST ALL DEFENDANTS

26. Plaintiffs incorporate by reference the paragraphs as set forth above.

27. Effective October 11, 2007, U.S. Copyright No. TX-6-613-055 ("the Copyright"), entitled "Fractional Villas.com website (www.fractionalvillas.com)," was duly and legally issued to Plaintiffs ROBERT K. VICINO and FRACTIONAL VILLAS, INC. FVI is the sole and exclusive licensee of the Copyright. FVI is in the business of marketing, advertising, and selling fractional ownership in luxury properties, primarily through the aforementioned web site.

28. Plaintiffs are the owners in fact of all rights to the Copyright.

///

///

COMPLAINT FOR MONETARY DAMAGES AND INJUNCTIVE RELIEF

29. Defendants LAAF and Troop are engaged in the the business of marketing, advertising, and selling fractional ownership in luxury properties by way of www.luxuryatafraction.com, a web site that was built, designed, and constructed using material and content that is the subject of the Copyright, and without the authorization of Plaintiffs. Defendants have reproduced the work protected by the Copyright and incorporated that work, or significant portions thereof, into Defendants' Internet site and/or Internet sites under Defendants' dominion and control

30. By committing the acts alleged herein, including but not limited to reproducing the work protected by the Copyright and incorporating that work, or significant portions thereof, into Defendants' Internet site and/or Internet sites under Defendants' dominion and control, Defendants have infringed, induced, and/or contributed to the infringement of the Copyright.

31. Upon information and belief, Plaintiffs allege that Defendants' infringement, inducement of infringement, and/or contributory infringement of the Copyright has been willful, deliberate, knowing, and with wanton disregard of Plaintiffs' ownership of the Copyright.

32. Upon information and belief, Plaintiffs allege that Defendants will continue to infringe, continue to induce others to infringe, and/or continue to contributorily infringe the Copyright to Plaintiffs' irreparable damage unless enjoined by this court.

33. Plaintiffs have been damaged by the foregoing infringing acts of Defendants. The exact amount of such damages can be determined upon an accounting.

### SECOND CAUSE OF ACTION: FEDERAL UNFAIR COMPETITION VIOLATIONS
### AS AGAINST ALL DEFENDANTS

34. Plaintiffs incorporate by reference the paragraphs as set forth above.

35. This court has jurisdiction of this action under its supplemental jurisdiction authority pursuant to 18 U.S.C. § 1338(b) to hear Plaintiffs' related federal claim of unfair competition that arises out of the same operative facts as the federal copyright infringement claim set forth above.

36. Plaintiffs are informed and believe and on that basis allege that Defendants' intentional infringement of the Copyright constitutes unfair competition under federal law.

37. By reason of the conduct alleged herein, Defendants are guilty of malice, oppression, and willful disregard of the rights of Plaintiffs.

COMPLAINT FOR MONETARY DAMAGES AND INJUNCTIVE RELIEF

38.   Defendants' unlawful, unfair, deceptive and fraudulent business practice constitutes despicable, outrageous, oppressive, and malicious conduct under California Civil Code § 3294, and thereby justifies an award of exemplary and punitive damages against Defendants, and each of them as federal law allows for the importation of state punitive damages statutes where the federal claim is tortious in nature.

39.   As a direct and proximate cause of Defendants' wrongful conduct, Plaintiffs have sustained and will sustain injury to their business and property in an amount not yet precisely ascertainable but including the loss of sales of their products and loss of reputation and goodwill.

## THIRD CAUSE OF ACTION: CALIFORNIA UNFAIR COMPETITION VIOLATIONS
## AS AGAINST ALL DEFENDANTS

40.   Plaintiffs incorporate by reference the paragraphs as set forth above.

41.   This court has jurisdiction of this action under its supplemental jurisdiction to hear Plaintiffs' related claim of unfair competition that arises out of the same operative facts as the federal claims set forth above.

42.   Plaintiffs' state claim is based upon California Business & Professions Code §§ 17200 et seq.

43.   Plaintiffs are informed and believe and thereon allege that Defendants' intentional infringement of the Copyright is an unlawful, unfair, and/or fraudulent business act or practice and constitutes unfair competition under California state law. Defendants have started a business to directly compete with Plaintiffs' business by creating a web site to market and advertise Defendants' business, and ultimately to drive Defendants' sales, taking from Plaintiffs not only the concept of fractional ownership of luxury properties, but also directly stealing and copying copyrighted material from Plaintiffs' web site. Moreover, Defendants have reproduced the work protected by the Copyright and incorporated that work, or significant portions thereof, into Defendants' Internet site and/or Internet sites under Defendants' dominion and control.

/ / /

/ / /

/ / /

44. Plaintiffs are informed and believe and thereon allege that Defendants acts as alleged herein constitute unfair, deceptive, untrue, and misleading advertising in that Defendants represent to the public the web site www.luxuryatafraction.com is comprised of unique material copyrighted by Defendants when, in fact, Defendants have reproduced the work protected by the Copyright and incorporated that work, or significant portions thereof, into Defendants' Internet site and/or Internet sites under Defendants' dominion and control when, in fact, such work is in fact copyrighted by Plaintiffs and which has been existing on Plaintiffs' web site since August 2005.

45. Defendants' unlawful, unfair, deceptive, and fraudulent business practice and unfair, deceptive, untrue, and misleading advertising constitutes despicable, outrageous, oppressive, and malicious conduct under California Civil Code § 3294 and justifies an award of exemplary and punitive damages against Defendants, and each of them.

46. As a direct and proximate cause of Defendants' wrongful conduct, Plaintiffs have sustained and will sustain injury to their business and property in an amount not yet precisely ascertainable but including the loss of sales of luxury properties and loss of reputation and goodwill.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray this court enter judgment against Defendants as follows:

1. That a temporary restraining order and, subsequently, that a preliminary injunction be granted enjoining Defendants and all those in privity with Defendants during the pendency of this action from further infringement of U.S. Copyright Registration No. TX-6-613-055 ;

2. That a permanent injunction be granted perpetually enjoining Defendants from further infringement of U.S. Copyright Registration No. TX-6-613-055 ;

3. That a temporary restraining order and, subsequently, that a preliminary injunction be granted enjoining Defendants and all those in privity with Defendants during the pendency of this action from advertising, displaying, or broadcasting over the Internet a web site which reproduces the Copyright or any derivation thereof, or which by imitation or other similarity to those of the Copyright are likely to cause confusion, mistake, dilution, or persons to be deceived into the belief that Defendants' services are Plaintiffs' services or that Defendants and their services are authorized, endorsed, or sponsored by Plaintiffs;

4. That a permanent injunction be granted perpetually enjoining Defendants and all those in privity with Defendants from advertising, displaying, or broadcasting over the Internet a web site which infringes on the Copyright, or any derivation thereof, or which by imitation or other similarity to that of Plaintiffs is likely to cause confusion, mistake, dilution, or persons to be deceived into the belief that Defendants' services are Plaintiffs' services or that Defendants and their services are authorized, endorsed, or sponsored by Plaintiffs;

5. That a judgment be entered that Defendants have infringed, actively induced others to infringe, and/or contributorily infringed U.S. Copyright Registration No. TX-6-613-055 ;

6. That a judgment be entered that Defendants be required to pay over to Plaintiffs all damages sustained by Plaintiffs due to Defendants intentional, willful, and malicious infringement of U.S. Copyright Registration No. TX-6-613-055, such damages as this court shall deem just and proper within the provisions of the Copyright Act, but not less than $150,000 for each separate infringement of Plaintiffs' copyright;

7. That all gains, profits, and advantages derived by Defendants from their acts of infringement and other violations of law be deemed held in constructive trust for the benefits of Plaintiffs;

8. That Defendants, and each of them, account to Plaintiffs for their profits and any damages sustained by Plaintiffs arising from the foregoing acts of infringement;

9. That punitive damages be awarded;

10. That costs and prejudgment interest be awarded on all damages;

11. That Plaintiffs be awarded their attorneys' fees as available under the Copyright Act, 17 U.S.C. §§ 101 et seq. and California Business & Professions Code §§ 17200 et seq.

12. That an order be entered requiring Defendants to deliver up to be impounded during the pendency of this action all copies of copyrighted material in Defendants' possession and infringing U.S. Copyright Registration No. TX-6-613-055 ;

13. That Defendants be required to file with the court within 30 days after entry of final judgment of this cause a written statement under oath setting forth the manner in which Defendants have complied with final judgment;

14. That Plaintiffs be awarded such other and further relief as the court deems appropriate.

///

Dated: November 13, 2007			Law Offices of Henry Harmeling IV, APC

*[signature]*

Henry Harmeling IV
Attorneys for Plaintiffs ROBERT K. VICINO and FRACTIONAL VILLAS, INC.

///

## DEMAND FOR JURY TRIAL

Plaintiffs hereby demand a trial by jury of all issues so triable.

Dated: November 13, 2007			Law Offices of Henry Harmeling IV, APC

*[signature]*

Henry Harmeling IV
Attorneys for Plaintiffs ROBERT K. VICINO and FRACTIONAL VILLAS, INC.

COMPLAINT FOR MONETARY DAMAGES AND INJUNCTIVE RELIEF

# EXHIBIT "A"

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGIS: **TX 6-613-055**

EFFECTIVE DATE OF REGISTRATION

Month **Oct**  Day **11**  Year **2007**

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼
FractionalVillas.com website (http://www.fractionalvillas.com)

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2 a** NAME OF AUTHOR ▼
Robert K. Vicino

DATES OF BIRTH AND DEATH
Year Born ▼ 1953   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
     { Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Internet website including all associated pages, text, photographs, design, code, and graphics.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3 a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
This information must be given
**2007** ◀ Year In all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ **October**  Day ▶ **5**  Year ▶ **2007**
**USA** ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
**Robert K Vicino Fractional Villas, Inc.**
985 Jeffrey Road
Del Mar, CA 92014

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Transfer of all rights of copyright to Fractional Villas, Inc. by Robert K. Vicino. The company is majority owned by Robert K. Vicino.

APPLICATION RECEIVED
**OCT 11 2007**
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
**OCT 11 2007**
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

\*Amended by CO Authority Telephone Call on 10/25/07 with Robert K. Vicino.

\*\*Amended by CO per email received on 10/25/07 from Robert K. Vicino.

EXAMINED BY _____   FORM TX

CHECKED BY

☒ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5 PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▶           Year of Registration ▶

**6 DERIVATIVE WORK OR COMPILATION**
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

Prior versions of the http://www.fractionalvillas.com website, which was first published on March 27, 2005

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Numerous html code, text, ~~design~~**\***, graphic, photographic and ~~layout modifications~~**\*\*** have been made and updated since the original publication, on an ongoing and continuous basis.

**7 DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
a. Name ▼           Account Number ▼

b. **CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

Fractional Villas, Inc., Attn: Robert K. Vicino
985 Jeffrey Road
Del Mar, CA 92014

Area code and daytime telephone number ▶ 619-252-8311       Fax number ▶ 858-228-1772
Email ▶ rvicino@fractionalvillas.com

**8 CERTIFICATION\***  I, the undersigned, hereby certify that I am the
Check only one ▶
☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼  If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert K. Vicino                                    Date ▶ 10/05/2007

Handwritten signature ▼
[signature]

**9** Certificate will be mailed in window envelope to this address:
Name ▼  Robert K. Vicino
Number/Street/Apt ▼  985 Jeffrey Road
City/State/Zip ▼  Del Mar, CA 92014

YOU MUST
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6222

\*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
Robert K. Vicino, an individual; Fractional Villas, Inc., a California corporation

**(b)** County of Residence of First Listed Plaintiff   San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Law Offices of Henry Harmeling IV, APC
550 W. C St., Suite 2000, San Diego, CA 92101  Ph: (619) 814-3505

**DEFENDANTS**
Luxury at a Fraction, an unknown entity; Troop Real Estate, Inc., a California corporation

County of Residence of First Listed Defendant   Ventura
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)
Unknown

FILED
07 NOV 15 PM 2:45
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

'07CV 2185 W CAB

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☒ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

**V. ORIGIN** (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
17 U.S.C. 101, et seq.
Brief description of cause:
Copyright infringement

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 150,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE _____ DOCKET NUMBER _____

DATE   11/13/2007
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # 144547  AMOUNT $350  11/15/07 BH  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

```
       UNITED STATES
       DISTRICT COURT
    SOUTHERN DISTRICT OF CALIFORNIA
         SAN DIEGO DIVISION

      #  144547    - BH
      * * C O P Y * *
      November 15, 2007
          14:43:48


         Civ Fil Non-Pris
USAO #.: 07CV2185 CIVIL FILING
Judge..: THOMAS J WHELAN
Amount.:              $350.00 CK
Check#.: BC# 297



     Total-> $350.00


FROM: VICINO V. LUXURY AT A FRACT.
      CIVIL FILING
```