Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 NOV 16 PM 3:00
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

ROBERT K. VICINO, an individual; and FRACTIONAL VILLAS, INC., a California corporation

vs

LUXURY AT A FRACTION, an unknown entity; and TROOP REAL ESTATE, INC., a California corporation DOES 1-25

**SUMMONS IN A CIVIL ACTION**

Case No.

**'07CV 2185 W    CAB**

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Law Offices of Henry Harmeling IV, APC
550 W. C St., Suite 2000
San Diego, CA 92101

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK
R DELACRUZ

NOV 1 6 2007
DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)