1   DON E. LANSON, SBN 163414
2   MANFREDI, LEVINE, ECCLES & MILLER, APC
     3262 E. Thousand Oaks Blvd., Suite 200
     Westlake Village, CA 91362-3400
3   Tele: (805) 379-1919/ Fax: (805) 379-3819

FILED
07 DEC 28 AM 11:06
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

5   Attorneys for Defendant,
6   TROOP REAL ESTATE, INC.
     dba LUXURY AT A FRACTION

BY FAX

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT K. VICINO, an individual; and FRACTIONAL VILLAS, INC., a California corporation,<br><br>                Plaintiffs,<br>vs.<br><br>LUXURY AT A FRACTION, an unknown entity; and TROOP REAL ESTATE, INC., a California corporation; and, DOES 1 through 25, inclusive,<br><br>                Defendants. | Case No.: 07CV 2185 W CAB<br><br>JUDGE: The Hon. Thomas J. Whelan<br><br>**STIPULATION TO EXTEND TIME FOR RESPONSE TO COMPLAINT; ORDER THEREON** |

       Plaintiffs ROBERT K. VICINO and FRACTIONAL VILLAS, INC. (collectively "Plaintiffs") and Defendant TROOP REAL ESTATE, INC. dba LUXURY AT A FRACTION ("Defendant") hereby stipulate, as follows:

       WHEREAS, Plaintiffs filed their Complaint in this action on November 15, 2007, wherein they allege causes of action for Copyright infringement and unfair competition under federal and state law stemming from Defendant's alleged use of Plaintiffs' copyrighted material;

///

ORIGINAL

1     WHEREAS, Plaintiffs contend that they effectuated service of process of the
2 Complaint on November 21, 2007;
3     WHEREAS, Defendant is investigating the nature and extent of the claims
4 asserted for the purpose of assisting the parties in participation in settlement discussions
5 so as to obviate the need to file a response to Plaintiff's Complaint, however, due to
6 various circumstances such an evaluation, and any discussions resulting therefrom,
7 could not be completed by the date a response to the Complaint is allegedly due; and,
8     WHEREAS, Plaintiffs and Defendants have agreed to extend the date by which
9 Defendant has to respond to the Complaint, whether by Answer or otherwise, to January
10 4, 2008, so as to allow Defendant an opportunity to finish its evaluation and participate
11 in any discussions that may result therefrom.
12     THEREFORE, it is hereby stipulated and agreed that the date by which Defendant
13 has to respond to Plaintiffs Complaint shall be extended to January 4, 2008.

Dated: December 11, 2007

LAW OFFICES OF HENRY HARMLING IV, APC

BY: _____
HENRY HARMLING IV
Attorneys for Plaintiffs,
ROBERT K. VICINO and FRACTIONAL VILLAS, INC.

Dated: December 11, 2007

MANFREDI, LEVINE, ECCLES & MILLER, APC

BY: _____
DON E. LANSON
Attorneys for Defendant,
TROOP REAL ETATE, INC. dba
LUXURY AT A FRACTION

## ORDER

Having considered the Stipulation of counsel for Plaintiffs ROBERT K. VICINO and FRACTIONAL VILLAS, INC. (collectively "Plaintiffs") and Defendant TROOP REAL ESTATE, INC. dba LUXURY AT A FRACTION ("Defendant") as to extending Defendant's time to plead, and finding good cause therefor,

IT IS HEREBY ORDERED that Defendant has to and including January 4, 2008 by which to file a responsive pleading to Plaintiffs' Complaint.

DATED: 12/27/07

The Hon. Thomas J. Whelan
United States District Judge

# PROOF OF SERVICE

COUNTY OF VENTURA )
) ss.
STATE OF CALIFORNIA )

I, the undersigned, hereby declare that: I am over the age of 18 and not a party to the within action. I am employed in the County of Ventura, State of California. My business address is Manfredi, Levine, Eccles & Miller, APC, 3262 E. Thousand Oaks Boulevard, Suite 200, Westlake Village, California 91362.

On December 11, 2007 I served the foregoing document(s) described as:

**STIPULATION TO EXTEND TIME FOR RESPONSE TO COMPLAINT; ORDER THEREON**

on the interested parties by placing a true copy thereof in a sealed enveloped addressed as follows:

Henry Harmeling IV, Esq.
**LAW OFFICES OF HENRY HARMELING IV, APC**
550 W. C St., Suite 2000
San Diego, CA 92101

in the following manner:

[X] **VIA U. S. MAIL:** I deposited such envelope(s) with postage thereon fully prepaid, in the United States Mail at Westlake Village, California.

[ ] **VIA FACSIMILE:** I delivered said document(s) by facsimile transmission to the above telephone fax number(s).

[ ] **VIA FEDERAL EXPRESS:** I shipped said document(s) FedEx Priority Overnight by Federal Express in an envelope/package designated by Federal Express addressed to the above person(s) to be served.

[ ] **VIA PERSONAL DELIVERY:** I personally delivered such envelope(s) to the offices of the addressee(s) pursuant to CCP § 1011.

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration is executed on December 11, 2007, at Westlake Village, California.

_/s/ Theresa Hertz_
Theresa M. Hertz