1    DON E. LANSON, SBN 163414
    MANFREDI, LEVINE, ECCLES & MILLER, APC
2    3262 E. Thousand Oaks Blvd., Suite 200
    Westlake Village, CA 91362-3400
3    Tele: (805) 379-1919/ Fax: (805) 379-3819



4

5    Attorneys for Defendant,
    TROOP REAL ESTATE, INC.
6    dba LUXURY AT A FRACTION

7

8            **UNITED STATES DISTRICT COURT**

9           **SOUTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11   ROBERT K. VICINO, an individual; and FRACTIONAL VILLAS, INC., a California corporation, | **Case No.: 07CV 2185 W CAB** |
| 13 | JUDGE: The Hon. Thomas J. Whelan |
| 14            Plaintiffs, <br> vs. | **NOTICE OF MOTION AND MOTION TO STRIKE PORTIONS OF PLANTIFFS' COMPLAINT FOR MONETARY DAMAGES AND INJUNCTIVE RELIEF** |
| 16   LUXURY AT A FRACTION, an unknown entity; and TROOP REAL ESTATE, INC., a California corporation; and, DOES 1 through 25, inclusive, | [Memorandum of Points and Authorities Submitted Concurrently Herewith] |
| 19            Defendants. | Date:      February 11, 2008 <br> Time:     10:30 a.m. <br> Crtrm.:    7 <br> **No oral argument pursuant to Civil Local rule 7.1 (D.1)** |

24      TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

25      PLEASE TAKE NOTICE that on February 11, 2008, or as soon thereafter as the

26 matter may be heard in the above-entitled court, located at 940 Front Street, San Diego,

27 California 92101-8900, Defendant TROOP REAL ESTATE, INC. dba LUXURY AT A

28 FRACTION ("Defendant"), pursuant to *Rule of Civil Procedure* 12(f), will move the

court to strike the following portions of the Complaint for Monetary Damages and Injunctive Relief filed by Plaintiffs ROBERT K. VICINO and FRACTIONAL VILLAS, INC.:

1.     Paragraph 38 of the Complaint seeking the recovery of exemplary and punitive damages;

2.     Paragraph 45 of the Complaint seeking the recovery of exemplary and punitive damages;

3.     Paragraph 9 of the Complaint under the Prayer for Relief seeking the recovery of punitive damages.

This motion is made on the grounds that punitive damages may not be recovered against a corporate defendant absent advance notice, ratification or malice by a corporate officer, director or managing agent.

The motion will be based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, and the pleadings and papers filed herein.

Dated:  January 2, 2008          MANFREDI, LEVINE, ECCLES & MILLER, APC

BY:  _____
     DON E. LANSON
     Attorneys for Defendant,
     TROOP REAL ETATE, INC. dba
     LUXURY AT A FRACTION

1

## PROOF OF SERVICE

2   COUNTY OF VENTURA )
3                     ) ss.
    STATE OF CALIFORNIA )
4

5       I, the undersigned, hereby declare that: I am over the age of 18 and not a party to
    the within action. I am employed in the County of Ventura, State of California. My
6   business address is Manfredi, Levine, Eccles & Miller, APC, 3262 E. Thousand Oaks
7   Boulevard, Suite 200, Westlake Village, California 91362.

8       On January 2, 2008, I served the foregoing document(s) described as:

9   **NOTICE OF MOTION AND MOTION TO STRIKE PORTIONS OF**
    **PLAINTIFFS' COMPLAINT FOR MONETARY DAMAGES AND**
10                          **INJUNCTIVE RELIEF**

11  on the interested parties by placing a true copy thereof in a sealed enveloped addressed
12  as follows:

13                  Henry Harmeling IV, Esq.
14                  **LAW OFFICES OF HENRY HARMELING IV, APC**
                    550 W. C St., Suite 2000
15                  San Diego, CA 92101

16
17  in the following manner:

18  [X]  **VIA U. S. MAIL:** I deposited such envelope(s) with postage thereon fully
         prepaid, in the United States Mail at Westlake Village, California.
19

20  [ ]  **VIA FACSIMILE:** I delivered said document(s) by facsimile
         transmission to the above telephone fax number(s).
21

22  [ ]  **VIA FEDERAL EXPRESS**: I shipped said document(s) FedEx Priority
         Overnight by Federal Express in an envelope/package designated by
23       Federal Express addressed to the above person(s) to be served.
24

25      I declare under penalty of perjury that the foregoing is true and correct, and that
    this Declaration is executed on January 2, 2008, at Westlake Village, California.
26

27                                      _Theresa Hertz_
                                        Theresa Hertz
28

3