DON E. LANSON, SBN 163414
MANFREDI, LEVINE, ECCLES & MILLER, APC
3262 E. Thousand Oaks Blvd., Suite 200
Westlake Village, CA 91362-3400
Tele: (805) 379-1919/ Fax: (805) 379-3819

Attorneys for Defendant,
TROOP REAL ESTATE, INC.
dba LUXURY AT A FRACTION

FILED
JAN - 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT K. VICINO, an individual; and FRACTIONAL VILLAS, INC., a California corporation,<br><br>　　　　　　Plaintiffs,<br>vs.<br><br>LUXURY AT A FRACTION, an unknown entity; and TROOP REAL ESTATE, INC., a California corporation; and, DOES 1 through 25, inclusive,<br><br>　　　　　　Defendants. | Case No.: 07CV 2185 W CAB<br><br>JUDGE: The Hon. Thomas J. Whelan<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**<br><br>[Memorandum of Points and Authorities Submitted Concurrently Herewith]<br><br>Date:　February 11, 2008<br>Time:　10:30 a.m.<br>Crtrm.:　7<br>**No oral argument pursuant to Civil Local Rule 7.1 (D.1)** |

TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on February 11, 2008, or as soon thereafter as the matter may be heard in the above-entitled court, located at 940 Front Street, San Diego, California 92101-8900, Defendant TROOP REAL ESTATE, INC. dba LUXURY AT A FRACTION ("Defendant"), will move the court to dismiss the action pursuant to *Rule of Civil Procedure* 12(b)(6) because Plaintiffs ROBERT K. VICINO and FRACTIONAL

1  VILLAS, INC.'s complaint fails to state a claim upon which relief can be granted, on
2  the ground that: the first cause of action for infringement
3  of copyright fails to alleged an essential element, namely the date or dates of the alleged
4  infringement, and, because the remaining causes of action are grounded upon Plaintiffs'
5  claim for copyright
6  Infringement, those causes of action also fail to state a claim upon which relief can be
7  granted.
8      The motion will be based on this Notice of Motion and Motion, the memorandum
9  of Points and Authorities filed herewith, and the pleadings and papers filed herein.

11  Dated: January 2, 2008                    MANFREDI, LEVINE, ECCLES & MILLER, APC

BY: _____
DON E. LANSON
Attorneys for Defendant,
TROOP REAL ETATE, INC. dba
LUXURY AT A FRACTION

# PROOF OF SERVICE

COUNTY OF VENTURA )
) ss.
STATE OF CALIFORNIA )

I, the undersigned, hereby declare that: I am over the age of 18 and not a party to the within action. I am employed in the County of Ventura, State of California. My business address is Manfredi, Levine, Eccles & Miller, APC, 3262 E. Thousand Oaks Boulevard, Suite 200, Westlake Village, California 91362.

On January 2, 2008 I served the foregoing document(s) described as:

**NOTICE OF MOTION AND MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**

on the interested parties by placing a true copy thereof in a sealed enveloped addressed as follows:

Henry Harmeling IV, Esq.
**LAW OFFICES OF HENRY HARMELING IV, APC**
550 W. C St., Suite 2000
San Diego, CA 92101

in the following manner:

[X] **VIA U. S. MAIL:** I deposited such envelope(s) with postage thereon fully prepaid, in the United States Mail at Westlake Village, California.

[ ] **VIA FACSIMILE:** I delivered said document(s) by facsimile transmission to the above telephone fax number(s).

[ ] **VIA FEDERAL EXPRESS:** I shipped said document(s) FedEx Priority Overnight by Federal Express in an envelope/package designated by Federal Express addressed to the above person(s) to be served.

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration is executed on January 2, 2008, at Westlake Village, California.

*Theresa Hertz*
Theresa Hertz