DON E. LANSON, SBN 163414
MANFREDI, LEVINE, ECCLES & MILLER, APC
3262 E. Thousand Oaks Blvd., Suite 200
Westlake Village, CA 91362-3400
Tele: (805) 379-1919/ Fax: (805) 379-3819

Attorneys for Defendant,
TROOP REAL ESTATE, INC.
dba LUXURY AT A FRACTION

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT K. VICINO, an individual; and FRACTIONAL VILLAS, INC., a California corporation,<br><br>　　　　　　　Plaintiffs,<br>　vs.<br><br>LUXURY AT A FRACTION, an unknown entity; and TROOP REAL ESTATE, INC., a California corporation; and, DOES 1 through 25, inclusive,<br><br>　　　　　　　Defendants. | Case No.: 07CV 2185 W CAB<br><br>JUDGE: The Hon. Thomas J. Whelan<br><br>**NOTICE OF TAKING MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND MOTION TO STRIKE PORTIONS OF PLAINTIFF'S COMPLAINT OFF CALENDAR**<br><br>Date:　February 11, 2008<br>Time:　10:30 a.m.<br>Crtrm.:　7 |

TO THIS HONORABLE COURT AND THE TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

Notice is hereby given that Defendant TROOP REAL ESTATE, INC.'s dba LUXURY AT A FRACTION ("Defendant"), motion to dismiss and motion to strike portions of plaintiffs' complaint, scheduled for hearing on February 11, 2008, at 10:30 a.m., and which are docketed as numbers five (5) and six (6) in the above-referenced

| | |
|---|---|
| 1 | department of the above-captioned court, are hereby taken off calendar in light of the |
| 2 | filing of a First Amended Complaint. |
| 3 | |
| 4 | Dated: February 1, 2008         MANFREDI, LEVINE, ECCLES & MILLER, APC |

BY: s/ Don Lanson
    DON E. LANSON
    Attorneys for Defendant,
    TROOP REAL ETATE, INC. dba
    LUXURY AT A FRACTION

# PROOF OF SERVICE

COUNTY OF VENTURA )
) ss.
STATE OF CALIFORNIA )

I, the undersigned, hereby declare that: I am over the age of 18 and not a party to the within action. I am employed in the County of Ventura, State of California. My business address is Manfredi, Levine, Eccles & Miller, APC, 3262 E. Thousand Oaks Boulevard, Suite 200, Westlake Village, California 91362.

On February 1, 2008 I served the foregoing document(s) described as:

**NOTICE OF TAKING MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND MOTION TO STRIKE PORTIONS OF PLAINTIFF'S COMPLAINT OFF CALENDAR**

on the interested parties by placing a true copy thereof in a sealed enveloped addressed as follows:

Henry Harmeling IV, Esq.
**LAW OFFICES OF HENRY HARMELING IV, APC**
550 W. C St., Suite 2000
San Diego, CA 92101

in the following manner:

[X] **VIA U. S. MAIL:** I deposited such envelope(s) with postage thereon fully prepaid, in the United States Mail at Westlake Village, California.

[ ] **VIA FACSIMILE:** I delivered said document(s) by facsimile transmission to the above telephone fax number(s).

[ ] **VIA FEDERAL EXPRESS**: I shipped said document(s) FedEx Priority Overnight by Federal Express in an envelope/package designated by Federal Express addressed to the above person(s) to be served.

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration is executed on February 1, 2008, at Westlake Village, California.

Tammy L. Schroeder