1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

ROBERT K. VICINO, an individual; and
FRACTIONAL VILLAS, INC., a California
Corporation,

                                        Plaintiffs,

                    v.

LUXURY AT A FRACTION, an unknown
entity; and TROOP REAL ESTATE, INC., a
California Corporation; and DOES 1-25,
inclusive,

                                        Defendants.

Civil No.     07cv2185 W (CAB)

**ORDER SCHEDULING SETTLEMENT
DISPOSITION CONFERENCE**

        Counsel for Plaintiffs contacted the Court on March 12, 2008, and represented that the case

has settled.  Accordingly, IT IS HEREBY ORDERED:

        1.      The Early Neutral Evaluation Conference set for March 14, 2008, is **VACATED**.

        2.      A Joint Motion for Dismissal shall be electronically filed on or before **April 23,

        2008**.[1]  On the same day the Joint Motion for Dismissal is filed, the proposed order

        for dismissal, for the signature of the Honorable Thomas J. Whelan, shall be

        emailed to the chambers of the Honorable Cathy Ann Bencivengo.[2]

_____

        [1]  *See* Electronic Case Filing Administrative Policies and Procedures Manual, United States
District Court for the Southern District of California.

        [2]  *See id.* § h, for the chambers' official email address and procedures on emailing proposed
orders.

3.      If a Joint Motion for Dismissal and proposed order for dismissal are not submitted on or before April 23, 2008, then a Settlement Disposition Conference shall be held on **April 24, 2008**, at **9:00 a.m.** before Judge Bencivengo.  The conference shall be telephonic, with attorneys only.  Counsel for Plaintiffs shall initiate and coordinate the conference call.

4.      If a Joint Motion for Dismissal and proposed order for dismissal are received on or before April 23, 2008, the Settlement Disposition Conference shall be VACATED without further court order.

**IT IS SO ORDERED**.

DATED:  March 12, 2008

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge