Henry Harmeling IV, State Bar No. 207673
LAW OFFICES OF HENRY HARMELING IV, APC
402 W. Broadway, Suite 1760
San Diego, California 92101
EMAIL: hh@hh4law.com
TEL: (619) 814-3505
FAX: (858) 408-2405

Attorneys for Plaintiffs ROBERT K. VICINO and FRACTIONAL VILLAS, INC.

## UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT K. VICINO, an individual; and FRACTIONAL VILLAS, INC., a California corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>LUXURY AT A FRACTION, an unknown entity; TROOP REAL ESTATE, INC., a California corporation; and DOES 1-25,<br><br>    Defendants. | Case Number: 07cv2185 W (CAB)<br><br>**NOTICE OF CHANGE OF ADDRESS OF COUNSEL**<br><br>Courtroom: 7<br>Judge: Hon. Thomas J. Whelan |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE THAT as of May 1, 2008, the Law Offices of Henry Harmeling IV, APC will be moving to the address below. All other contact information remains unchanged:

    Law Offices of Henry Harmeling IV, APC
    402 W. Broadway, Suite 1760
    San Diego, CA 92101
    Phone: (619) 814-3505
    Fax:   (858) 408-2405

Dated: April 29, 2008

Law Offices of Henry Harmeling IV, APC

_/s/ Henry Harmeling IV_
Henry Harmeling IV
Attorneys for Plaintiffs ROBERT K. VICINO and FRACTIONAL VILLAS, INC.

1

NOTICE OF CHANGE OF ADDRESS OF COUNSEL